1  KENNETH A. FEINSWOG
2  kfeinswog@aol.com
   Bar No. 129562
3  6701 Center Drive West, Suite 610
4  Los Angeles, California 90045
   Telephone: (310) 846-5800
5  Fax: (310) 846-5801

6
7  Attorney for Plaintiff

8         UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT
9                  OF CALIFORNIA

10

11  ----------------------------------------------------X   CIVIL ACTION NO.
    BRAVADO INTERNATIONAL GROUP
12  MERCHANDISING SERVICES, INC.           **CV09  09066 PSG (CWx)**

13

14                                         **COMPLAINT FOR
                Plaintiff,                 TRADEMARK,
15                                         RIGHT OF PUBLICITY
                -against-                  AND COPYRIGHT
16                                         INFRINGEMENT AND
17                                         UNFAIR COMPETITION**

18
    JIN O. CHA a/k/a JIN CHA, OK SPORTSWEAR,
19  EZ SPORTSWEAR, CHANG OH KIM a/k/a
20  CHANG O. KIM a/k/a CHUCK KIM, EDEN
    SPORTS, INC., JUSTIN JU, SY SPORTS,
21  SUSAN LEE a/k/a SUSAN YOON, LEE'S
22  FAMILY, INC., GREEN T CORP., KYUNG
23  SOOK MA, CESAR IGIESIAS, BLING BLING, INC.,
    KAUH UN LEE, ARTHUR BERMAN, WACKY
24  PLANET a/k/a WACKYPLANET.COM, a/k/a
25  THEPLANETSHOPS.COM, DAVID AHOUBIAN,
    a/k/a DAVID AHOUBIN a/k/a DAVID AHOUBIM,
26  D&T DISTRIBUTION, PARIS FASHIONS,
27  CLOTHING ISLAND a/k/a CLOTHINGISLAND.COM,
    PRINT LIBERATION, JAIME DILLON, NICK
28

1

PAPARONE, DR. JAY'S, INC. a/k/a DR. JAYS
a/k/a DR. JAYS.COM, MAGGI FASHION
WHOLESALE, INC., MANSOUR ROKHSARZADEH,
AZIZI AFSHIN a/k/a AFSHIN AZIZI, BARGIN
WHOLESALER CORPORATION a/k/a BARGIN
WHOLESALER.COM a/k/a WHOLESALECLOTHING
MARKET.COM a/k/a TBWHOLESALER.COM a/k/a
TOP BRANDS WHOLESALER a/k/a TOP BRANDS,
AHMAD JAMHOUR, OZ COMMUNICATIONS, INC.
a/k/a CRAZYTEES.NET, OTTO SUAREZ, OLGA LYONS,
SHOP RUMOR, LLC, ANOOSHKA ZAKARIAN,
ESTHER LEE, KEUM SPORTSWEAR CORP.,
CHAN SONG LEE, AFRICAN AMERICAN DOLLAR
STORE, EDNA CLEMENT SWAN, JACK LEIBERMAN
a/k/a JACK LIEBERMAN, PROGRESSIVERAGS.COM,
SKREENED, LLC, DANIEL CHRISTOPHER FOX, SHIEKH,
LLC d/b/a SHIEKH SHOES, INCREDIBLEGIFTS.COM,
DANIEL LASSOFF, SHAKY CITY BLUES, MARIO
ONTIVEROS, MAIN COLLECTION, INC. a/k/a MAIN
SPORTSWEAR, SU YOUNG CHO, MB SPORTSWEAR,
CHOUNG H. CHOE, RIGHT THANG, HYO JANG YOON,
BUY MERCHANT, INC. a/k/a BUYMERCHANT.COM,
CRAIG N. BENTHAM, STEAL DEAL, INC. ABRAHAM
DAVOOD, MICHAEL DAVOOD, EBBY DAVOOD,
THE WILD SIDE, INC. a/k/a THEWILDSIDE.COM,
KINGSLEY SYME a/k/a KINGLEY SYMES,
SETUP SITE, INC. a/k/a HARRINGTON OUTLETS
a/k/a OBAMATSHIRTS.US, SOUR CANDY, SHOE
BALANCE INTERNATIONAL YAK SHOE INC.
a/k/a WHOLESALE SITUATION, JASON AREF, JULIO
AREF, WATCH TIME, INC., AZIZ R. ALI, UNISHOW
(USA), INC. a/k/a UNISHOW, INC., GARY CHEN, RENA
CHEN, AMILINE.COM, JIAN ZHU, GRAVITY TRADING,
INC., TONY IN CHONG,

<div align="center">Defendants.</div>

--------------------------------------------------------X

1

## JURISDICTION AND VENUE

2

3

1. Plaintiff Bravado International Group Merchandising Services, Inc. (hereinafter referred to as "Bravado") is a corporation duly organized under the laws of the State of California with a place of business in Los Angeles, California.

4

5

6

7

2. Upon information and belief, at all relevant times herein, defendants OK SPORTSWEAR, EZ SPORTSWEAR, EDEN SPORTS, INC., SY SPORTS, LEE'S FAMILY, INC., GREEN T CORP., BLING BLING, INC., WACKY PLANET a/k/a WACKYPLANET.COM, a/k/a THEPLANETSHOPS.COM, D&T DISTRIBUTION, PARIS FASHIONS, CLOTHING ISLAND a/k/a CLOTHINGISLAND.COM, PRINT LIBERATION, DR. JAY'S, INC. a/k/a DR. JAYS a/k/a DR. JAYS.COM, MAGGI FASHION WHOLESALE, INC., BARGIN WHOLESALER CORPORATION a/k/a BARGIN WHOLESALER.COM a/k/a WHOLESALECLOTHING MARKET.COM a/k/a TBWHOLESALER.COM a/k/a TOP BRANDS WHOLESALER a/k/a TOP BRANDS, OZ COMMUNICATIONS, INC. a/k/a CRAZYTEES.NET, SHOP RUMOR, LLC, KEUM SPORTSWEAR CORP., AFRICAN AMERICAN DOLLAR STORE, PROGRESSIVERAGS.COM, SKREENED, LLC, SHIEKH, LLC d/b/a SHIEKH SHOES, INCREDIBLEGIFTS.COM, SHAKY CITY BLUES, MAIN COLLECTION, INC. a/k/a MAIN SPORTSWEAR, MB SPORTSWEAR, RIGHT THANG, BUY MERCHANT, INC. a/k/a BUYMERCHANT.COM, STEAL DEAL, INC. THE WILD SIDE, INC. a/k/a THEWILDSIDE.COM, SETUP SITE, INC. a/k/a HARRINGTON OUTLETS a/k/a OBAMATSHIRTS.US, SOUR CANDY, SHOE BALANCE INTERNATIONAL YAK SHOE INC. a/k/a WHOLESALE SITUATION, WATCH TIME, INC., UNISHOW (USA), INC. a/k/a UNISHOW, INC., AMILINE.COM and GRAVITY TRADING, INC. corporations, limited

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

liability companies and/or unincorporated entities that have transacted business in and/or have committed their infringing activities alleged below in the Central District of California and/or knew that said activities would affect Bravado, a California corporation, and/or the Michael Jackson estate, and/or would have an effect in the Central District of California.

3. Upon information and belief, at all relevant times herein, defendants JIN O. CHA a/k/a JIN CHA, CHANG OH KIM a/k/a CHANG O. KIM a/k/a CHUCK KIM, JUSTIN JU, SUSAN LEE a/k/a SUSAN YOON, KYUNG SOOK MA, CESAR IGIESIAS, KAUH UN LEE, ARTHUR BERMAN, DAVID AHOUBIAN, a/k/a DAVID AHOUBIN a/k/a DAVID AHOUBIM, JAIME DILLON, NICK PAPARONE, MANSOUR ROKHSARZADEH, AZIZI AFSHIN a/k/a AFSHIN AZIZI, AHMAD JAMHOUR, OTTO SUAREZ, OLGA LYONS, ANOOSHKA ZAKARIAN, ESTHER LEE, CHAN SONG LEE, EDNA CLEMENT SWAN, JACK LEIBERMAN a/k/a JACK LIEBERMAN, DANIEL CHRISTOPHER FOX, DANIEL LASSOFF, MARIO ONTIVEROS, SU YOUNG CHO, CHOUNG H. CHOE, HYO JANG YOON, CRAIG N. BENTHAM, ABRAHAM DAVOOD, MICHAEL DAVOOD, EBBY DAVOOD, KINGSLEY SYME a/k/a KINGLEY SYMES, JASON AREF, JULIO AREF, AZIZ R. ALI, GARY CHEN, RENA CHEN, JIAN ZHU and TONY IN CHONG have transacted business in and/or have committed their infringing activities and/or have overseen the infringing activities alleged below in the Central District of California and/or knew that said activities would affect Bravado, a California corporation, and/or the Michael Jackson estate, and/or would have an effect in the Central District of California.

4

4.     This action arises under the Lanham Trademark Act (15 U.S.C. 1051 et seq.) and the Copyright Act (17 U.S.C. §101 et seq). This Court has jurisdiction over this action under 28 U.S.C. 1331 and 1338(a). This Court also has supplemental jurisdiction over the Third, Sixth, Seventh, Eighth and Ninth Causes of Action because they arise out of a common nucleus of operative facts as the First and Second Causes of Action.

## PARTIES

5.     Michael Jackson was one of the most famous musical performers of this era and he used his name, trademarks, likeness and logos to identify himself in all phases of the entertainment industry to distinguish himself from other professional entertainers.

6.     Michael Jackson has identified himself with the Michael Jackson name, likeness and trademarks since as early as 1964 to distinguish his performing services and/or merchandise pertaining to him from other parties.

7.     Michael Jackson has sold an estimated 750 Million copies of recorded product throughout the world and has twice been inducted in the Rock and Roll Hall of Fame, as a solo artist and as a member of the Jackson 5. The Guinness Book of World Records recognized Michael Jackson as the Most Successful Entertainer of All Time. His album "Thriller" sold more than 70 million units worldwide, more than any record ever. Michael Jackson has had licensed sales of millions of dollars worth of licensed merchandise bearing the Michael Jackson and/or King of Pop trademarks.

5

8.     Plaintiff Bravado has been, at all times relevant herein, engaged in the business of marketing and selling merchandise bearing the names, trade names, trademarks, logos and/or likenesses of musical groups and performers throughout the United States. Plaintiff is selling Michael Jackson merchandise pursuant to an agreement with Triumph International, Inc. ("Triumph"), an entity owned by the Michael Jackson estate, that controls all rights in the Michael Jackson name, likeness, trademark and any other mark and/or indicia associated with Michael Jackson and/or his persona, including, but without limitation to, "King of Pop". Pursuant to said agreement, Bravado has been granted the exclusive right to sell merchandise and commence actions against parties that sell merchandise bearing the Michael Jackson name, likeness, trademark and any other mark and/or indicia associated with Michael Jackson and/or his persona, including King of Pop, and all reproductions rights on said merchandise in copyrighted artwork and/or photographs in which the Michael Jackson estate and/or an entity owned by the Michael Jackson's estate owns the copyright.

9.     Defendants are unlicensed distributors who have been distributing and selling unauthorized shirts and/or posters and/or other items bearing the Michael Jackson trademarks (including Michael Jackson and/or King of Pop), the Michael Jackson likeness and/or artwork and/or photographs ("Infringing Merchandise") that lead the consuming public to believe that said items are sponsored by or associated with and/or affiliated with Michael Jackson and/or his estate and/or plaintiff.   Said items have been distributed throughout the United States by various means of interstate transport and delivery in violation of plaintiff's rights.

10. The sale of the Infringing Merchandise by defendants is and will be without permission or authority of plaintiff or any party representing Michael Jackson or his estate.

11. Defendants' unlawful activities result in irreparable harm and injury in that, among other things, defendants deprive plaintiff, Triumph and/or the Michael Jackson estate of their absolute right to determine the manner in which the Michael Jackson image is presented to the general public through merchandising; deceives the public as to the source, origin and sponsorship of such merchandise; wrongfully trades upon and cashes in on plaintiff's and Michael Jackson's reputations, commercial value and exclusive rights and it irreparably harms and injures the reputations of plaintiff and Michael Jackson.

## AS AND FOR A FIRST CAUSE OF ACTION
## Violation of 15 U. S. C. 1125(a)

12. Plaintiff repeats and realleges paragraphs 1 through 11 of this Complaint as if fully set forth herein.

13. This cause arises under 15 U.S.C. 1125(a) relating to trademarks, trade names and unfair competition and involves false descriptions in commerce.

14. The Michael Jackson trademark has been used as a mark in connection with his performing services since 1964 and in connection with the sale of various types of merchandise. As a result of same, the Michael Jackson

trademark has developed and now has a secondary and distinctive trademark meaning to purchasers of merchandise.

15.     Defendants have used the Michael Jackson trademark to sell the Infringing Merchandise containing the Michael Jackson trademark.  By misappropriating and using the Michael Jackson trademark, defendants have misrepresented and falsely described to the general public the origin and source of the Infringing Merchandise so as to create the likelihood of confusion by the ultimate purchaser as to both the source and sponsorship of the Infringing Merchandise.

16.     The sale by defendants of the Infringing Merchandise has and will infringe upon and dilute the Michael Jackson trademark.

17.     The use of the Michael Jackson trademark in connection with the sale of the Infringing Merchandise will be damaging to and will dilute the good will generated by Michael Jackson and the reputation that Michael Jackson and plaintiff have developed in connection with the sale of legitimate, authorized and high quality merchandise.

18.     Defendants' unlawful merchandising activities are without permission or authority of plaintiff or anyone authorized to give such consent and constitute express and implied misrepresentations that the Infringing Merchandise was created, authorized or approved by plaintiff and/or Michael Jackson and/or his estate.

19.    Defendants' aforesaid acts are willful violations of 15 U.S.C. 1125(a) in that the defendants used, in connection with goods and services, a false designation of origin and have caused and will continue to cause said goods (the Infringing Merchandise) to enter into interstate commerce.

20.    Plaintiff will have no adequate remedy at law if defendants' activities are not enjoined and plaintiff and/or Michael Jackson and/or his estate will suffer irreparable harm and injury to plaintiff's and Michael Jackson's images and reputations as a result thereof.

21.    As a result of defendants' activities, plaintiff has been damaged in an amount not yet determined or ascertainable.

## AS AND FOR A SECOND CAUSE OF ACTION
## Violation of 15 U. S. C. 1125(a)

22.    Plaintiff repeats and realleges paragraphs 1 through 11 and 13 through 21 of this Complaint as if fully set forth herein.

23.    This cause arises under 15 U.S.C. 1125(a) relating to trademarks, trade names and unfair competition and involves false descriptions in commerce.

24.    The King of Pop trademark has been associated with Michael Jackson's performing services and has been used by Michael Jackson and/or the Michael Jackson estate in connection with the sale of various types of merchandise. As a result of the same, the King of Pop mark has developed and

9

1  now has a distinctive trademark meaning to purchasers of merchandise and/or said

2  mark would be falsely associated with Michael Jackson and/or his estate if it was

3  used by defendants.

4

5      25.    Some defendants herein have used the King of Pop trademark to sell

6  the Infringing Merchandise. By using the King of Pop mark, defendants have

7  misrepresented and falsely described to the general public the origin and source of

8  the Infringing Merchandise so as to create the likelihood of confusion by the

9  ultimate purchaser as to both the source and sponsorship of the Infringing

10  Merchandise and/or are attempting to falsely associate themselves and/or their

11  merchandise with plaintiff, Michael Jackson and/or the Michael Jackson estate.

12

13

14      26.    Defendants' unlawful merchandising activities are without permission

15  or authority of plaintiff or anyone authorized to give such consent and constitutes

16  express and implied misrepresentations that the Infringing Merchandise was

17  created, authorized or approved by plaintiff and/or Michael Jackson and/or his

18  estate.

19

20      27.    The aforesaid acts of defendants are willful violations of 15 U.S.C.

21  1125(a) in that the defendants used, in connection with goods and services, a false

22  designation of origin and have caused and will continue to cause said goods (the

23  Infringing Merchandise) to enter into interstate commerce.

24

25      28.    Plaintiff will have no adequate remedy at law if defendants' activities

26  are not enjoined and plaintiff and Michael Jackson and/or his estate will suffer

27

28

irreparable harm and injury to plaintiff's and Michael Jackson's images and reputations as a result thereof.

29.     As a result of defendants' activities, plaintiff has been damaged in an amount not yet determined or ascertainable.

## AS AND FOR A THIRD CAUSE OF ACTION
### Violation of Common Law Unfair Competition

30.     Plaintiff repeats and realleges paragraphs 1 through 11, 13 through 21 and 23 through 29 of this Complaint as if fully set forth herein.

31.     The use of the Michael Jackson and/or King of Pop trademarks by defendants in connection with the sale of the Infringing Merchandise is likely to, and is certainly intended to, cause confusion to purchasers.

32.     Defendants, by misappropriating and using the Michael Jackson and/or King of Pop trademarks, have utilized unfair means to usurp the good will and distinctive attributes of the Michael Jackson and King of Pop trademarks.

33.     Defendants have misrepresented and falsely described to the general public the origin and source of the Infringing Merchandise so as to cause confusion by the ultimate purchaser as to both the source, sponsorship and/or association of the Infringing Merchandise.

34.     Plaintiff will have no adequate remedy at law if defendants' activities are not enjoined and plaintiff and Michael Jackson and/or his estate will suffer irreparable harm and injury to plaintiff's and Michael Jackson's images and reputations as a result thereof.

35.     As a result of defendants' aforesaid activities, plaintiff has been damaged in an amount not yet determined or ascertainable.

## AS AND FOR A FOURTH CAUSE OF ACTION
### Trademark Dilution Under 15 U.S.C. 1125(c)

36.     Plaintiff repeats and realleges paragraphs 1 through 11, 13 through 21, 23 through 29 and 31 through 35 of this Complaint as if fully set forth herein.

37.     By virtue of Michael Jackson's long and continuous use of the Michael Jackson trademark in interstate commerce, said mark has become and continues to be famous within the meaning of 15 U.S.C. 1125(c). As such said mark is eligible for protection against dilution pursuant to 15 U.S.C. 1125(c).

38.     Defendants' use of the Michael Jackson mark in connection with the merchandise that they are selling has threatened to cause and is causing dilution of the distinctive quality of the famous Michael Jackson mark by lessening plaintiff's, Triumph's and the Michael Jackson estate's capacity to identify the goods in violation of 15 U.S.C. 1125(c).

12

39.     Plaintiff will have no adequate remedy at law if defendants' activities are not enjoined and plaintiff and Michael Jackson and/or his estate will suffer irreparable harm and injury to plaintiff's and Michael Jackson's images and reputations as a result thereof.

40.     As a result of defendants' activities, plaintiff has been damaged in an amount not yet determined or ascertainable.

## AS AND FOR A FIFTH CAUSE OF ACTION
### Copyright Infringement

41.     Plaintiff repeats and realleges paragraphs 1 through 11, 13 through 21, 23 through 29, 31 through 35 and 37 through 40 of this Complaint as if fully set forth herein.

42.     Plaintiff has been granted the exclusive reproduction rights in merchandise, including, without limitation to, shirts, hats, posters and watches in and to the following works that have been registered with the United States Register of Copyrights (copies of records of said registrations are annexed hereto as Exhibit A):

(A)     Thriller, Registration No. SR-41-965, Registered January 27, 1983;

(B)     The Official Michael Jackson 1985 Calendar , VA0000171520, Registered October 22, 1985;

(C)     Bad, Registration No. SR0000084256, Registered November 4, 1987;

(D)     Dangerous, Registration No. SR0000178165, Registered February 10, 1992;

(E)     Invincible, Registration No. SR0000304780, Registered January 15, 2002;

(F)     Thriller, Registration No. SR0000304788, Registered January 15, 2002;

(G)     Number Ones, Registration No. SR0000343627, Registered December 17, 2003;

(H)     Essential Michael Jackson, Registration No. SR0000378665, Registered October 5, 2005; and

(I)     The Ultimate Collection, Registration No. SR0000385428, Registered December 27, 2005.

43.     Plaintiff and/or the copyright owner of said registrations have complied in all respects with Title 17 of the United States Code. Plaintiff and/or the copyright owner of said registrations have secured the exclusive rights and privileges in and to the copyrights in the works as set forth above.

44.     At all relevant times herein, plaintiff owned and still owns the entire right, title and interest in and to the reproduction rights in the respective copyrights as set forth above on the goods that defendants have been selling.

45.     Defendants have wrongfully copied, distributed and/or sold shirts and/or posters and/or other items displaying the works set forth in paragraph 42 above. Such copying, distribution and/or sale of said goods by defendants constitutes willful and deliberate infringement of plaintiff's rights in the aforesaid copyrights.

14

46.     If defendants' activities are not enjoined, plaintiff and/or Michael Jackson and/or his estate will suffer irreparable harm and injury.

47.     As a result of defendant's activities, plaintiff has been damaged in an amount not yet determined or ascertainable.

## AS AND FOR A SIXTH CAUSE OF ACTION
## Violation of Section 3344.1 of the California Civil Code

48.     Plaintiff repeats and realleges paragraphs 1 through 11, 13 through 21, 23 through 29, 31 through 35, 37 through 40 and 42 through 47 of this Complaint as if fully set forth herein.

49.     Michael Jackson was a celebrated musical performer with a proprietary interest, inter alia, in the use in public of his name and likeness. Michael Jackson died on June 25, 2009. On July 15, 2009, John Branca and John McClain, the special administrators of the estate of Michael Jackson, on behalf of the Michael Jackson estate, registered a claim pursuant to California Civil Code Section 3344.1. Triumph, an entity wholly owned by the Michael Jackson estate, has granted the exclusive right to Bravado to use the Michael Jackson likeness in connection with merchandise including shirts, posters and watches.

50.     Defendants have used the Michael Jackson name and likeness in connection with the sale and distribution of the Infringing Merchandise.

15

51.     Neither plaintiff nor Triumph nor any party acting on behalf of the Michael Jackson estate has given oral or written consent to defendants for the use of Michael Jackson's name and/or likeness.

52.     Defendants have violated Section 3344.1 by knowingly appropriating, using and exploiting the Michael Jackson name and likeness in connection with commercial exploitation and/or advertisement of the Infringing Merchandise that they have distributed for their commercial benefit without the consent of plaintiff or any party authorized to give such consent.

53.     As a result, defendants have deprived plaintiff and the Michael Jackson estate of the right to control the time, place, terms and manner by which to publicize his special talents.

54.     The use of the Michael Jackson name and likeness in connection with the sale and distribution of Infringing Merchandise by defendants has caused, is causing and will continue to cause plaintiff and/or Michael Jackson and/or his estate irreparable harm and injury. If defendants' activities are not enjoined, plaintiff and/or Michael Jackson and/or his estate will suffer irreparable harm and injury.

55.     As a result of defendants' activities, plaintiff has been damaged in an amount not yet determined or ascertainable.

16

1

2

3

## AS AND FOR A SEVENTH CAUSE OF ACTION

## Violation of Common Law Right of Publicity

4

5

6

7

56.     Plaintiff repeats and realleges paragraphs 1 through 11, 13 through 21, 23 through 29, 31 through 35, 37 through 40, 42 through 47 and 49 through 55 of this Complaint as if fully set forth herein.

8

9

10

57.     Defendants' unauthorized use of the Michael Jackson name and likeness constitutes common law right of publicity violations.

11

12

13

14

15

58.     Plaintiff will have no adequate remedy at law if defendants' activities are not enjoined and plaintiff and Michael Jackson and/or his estate will suffer irreparable harm and injury to plaintiff's and Michael Jackson's images and reputations as a result thereof.

16

17

18

59.     As a result of defendants' activities, plaintiff has been damaged in an amount not yet determined or ascertainable.

19

20

21

22

## AS AND FOR A EIGHTH CAUSE OF ACTION

## Unfair Competition Under Cal. Bus. & Prof. Code Section 17200 et seq.

23

24

25

26

27

28

60.     Plaintiff repeats and realleges paragraphs 1 through 11, 13 through 21, 23 through 29, 31 through 35, 37 through 40, 42 through 47, 49 through 55 and 57 through 59 of this Complaint as if fully set forth herein.

17

61.     Defendants' acts, as alleged herein, have impaired plaintiff's goodwill, have created a likelihood of confusion, and have otherwise adversely affected plaintiff's business and reputation. These acts constitute unfair competition in violation of California Business and Professions Code §§ 17200 et seq. and California common law.

62.     Defendants' conduct constitutes misappropriation of plaintiff's trademarks and the goodwill associated therewith.

63.     Plaintiff will have no adequate remedy at law if defendants' activities are not enjoined and plaintiff and Michael Jackson and/or his estate will suffer irreparable harm and injury to plaintiff's and Michael Jackson's images and reputations as a result thereof.

64.     As a result of defendants' activities, plaintiff has been damaged in an amount not yet determined or ascertainable.

WHEREFORE, Plaintiff respectfully prays that this Court grant the following relief:

A.     A Preliminary Injunction restraining, enjoining and prohibiting each of the defendants from using the Michael Jackson name, trademarks, likeness and/or copyright artwork and/or photographs and/or the King of Pop mark and/or anything confusingly similar thereto in connection with manufacturing, distributing or sale of any and all merchandise;

18

B.     A Permanent Injunction prohibiting defendants from selling or attempting to sell the aforesaid merchandise;

C.     Three times defendants' profits or three times the damages suffered by plaintiff or the Michael Jackson estate, whichever is greater, and reasonable attorneys fees and the costs of the action;

D.     Statutory damages of no less than $750.00 for each name and/or likeness that each defendant has used on each different product plus punitive damages and attorneys' fees pursuant to California Civil Code Section 3344;

E.     Defendants' profits or damages suffered by plaintiff or Michael Jackson, whichever is greater, plus punitive damages pursuant to the Third Cause of Action;

F.     Statutory damages of $150,000.00 pursuant to the Fifth Cause of Action for each copyrighted work set forth in paragraph 42 above that defendants infringed on each different product on which defendants copied each copyrighted work; and

1         G.    Such other and further relief that this Court deems to be just and

2    proper.

3

4    Dated: December ___, 2009                Respectfully submitted,

5           Los Angeles, CA

                                         By: _____

6                                           KENNETH A. FEINSWOG

7                                           Attorney for Plaintiff

8                                           6701 Center Drive West, Suite 610

9                                           Los Angeles, CA 90045

10                                          Telephone: (310) 846-5800

                                       Fax: (310)-846-5801

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright
Office in accordance with the provisions of section 410(a)
of title 17, United States Code, attests that copyright reg-
istration has been made for the work identified below. The
information in this certificate has been made a part of the
Copyright Office records.

*David Ladd*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM SR**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR   **41-965**

| SR | SRU |

EFFECTIVE DATE OF REGISTRATION

.......... 27 1983
(Month)   (Day)   (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM SR/CON)

**1 Title**

TITLE OF THIS WORK: THRILLER
Artist: MICHAEL JACKSON

Catalog number of sound recording, if any: .......... QE 38112
PREVIOUS OR ALTERNATIVE TITLES:

NATURE OF MATERIAL RECORDED:
(Check Which)

☒ Musical      ☐ Musical-Dramatic
☐ Dramatic     ☐ Literary
☐ Other:

**2 Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

NAME OF AUTHOR: Mr. Michael Jackson

DATES OF BIRTH AND DEATH:
Born .......... Died ..........
(Year)         (Year)

1
Was this author's contribution to the work a "work made for hire"? Yes...... No X
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of .... U.S.A. .... } or { Domiciled in .... U.S.A. ....
(Name of Country)                        (Name of Country)
AUTHOR OF: (Briefly describe nature of this author's contribution) Some new
sounds, all new photographic matter & artwork

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK:
Anonymous?         Pseudonymous?
Yes...... No X..    Yes...... No X..
If the answer is either of these questions is "Yes," see
detailed instructions attached.

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH
Born .......... Died ..........
(Year)         (Year)

2
Was this author's contribution to the work a "work made for hire"? Yes...... No......
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of .......... } or { Domiciled in ..........
(Name of Country)                    (Name of Country)
AUTHOR OF: (Briefly describe nature of this author's contribution)

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK:
Anonymous?         Pseudonymous?
Yes...... No......  Yes...... No......
If the answer is either of these questions is "Yes," see
detailed instructions attached.

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:
Born .......... Died ..........
(Year)         (Year)

3
Was this author's contribution to the work a "work made for hire"? Yes...... No......
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of .......... } or { Domiciled in ..........
(Name of Country)                    (Name of Country)
AUTHOR OF: (Briefly describe nature of this author's contribution)

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK:
Anonymous?         Pseudonymous?
Yes...... No......  Yes...... No......
If the answer is either of these questions is "Yes," see
detailed instructions attached.

**3 Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year 1982
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date .......... November 19 1982
(Month)   (Day)   (Year)
Nation .......... U.S.A.
(Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

CBS Inc.
51 West 52nd Street
New York, New York   10019

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s)
obtained ownership of the copyright.)

| | | |
|---|---|---|
| | EXAMINED BY: R.K. | APP. VTION RECEIVED: |
| | CHECKED BY: .......... | 2 7 JAN 1983 |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED 2 7 JAN 1983  JAN 2 7 1983 |
| | | REMITTANCE NUMBER AND DATE. |
| | DEPOSIT ACCOUNT FUNDS USED ☑ | FOR COPYRIGHT OFFICE USE ONLY |

SR    41-965

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM SR/CON)

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ........ No ... **X** ...

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number ........................ Year of Registration ....................

**(5)** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See Instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
A THE GIRL IS MINE ....... 34-03288..............................................
LYRICS ON INNER SLEEVE.......................................................
..............................................................................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.) ALL NEW PHOTOGRAPHIC MATTER & ARTWORK, SOME NEW SOUNDS:
Side 1, Bds (1)WANNA BE STARTIN' SOMETHIN' (2)BABY BE MINE (4)THRILLER
Side 2, Bds (1)BEAT IT (2)BILLIE JEAN (3)HUMAN NATURE (4)P.Y.T. (PRETTY YOUNG
THING) (5)THE LADY IN MY LIFE........................................

**(6)** Compilation or Derivative Work

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name ...... CBS Inc...........................

Account Number............ DA016292..............

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name CBS Law Registry/Barbara Lesko..........

Address 51 West 52nd Street...................
(Apt)

...... New York, New York 10019..........
(City)              (State)              (Zip)

**(7)** Fee and Correspondence

**CERTIFICATION:** ☒ I, the undersigned, hereby certify that I am the (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of ........... CBS Inc.............
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _[signature]_

Typed or printed name: ......... Barbara Lesko...............  Date: 1/24/83

**(8)** Certification (Application must be signed)

MAIL CERTIFICATE TO

......... CBS Law Registry/Att: Barbara Lesko.............
(Name)
...... 51 West 52nd Street.............
(Number, Street and Apartment Number)
...... New York, New York 10019.............
(City)          (State)          (Zip code)

(Certificate will be mailed in window envelope)

**(9)** Address For Return of Certificate

17 U.S.C. § 506(e): FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by...

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA      VAU

EFFECTIVE DATE OF REGISTRATION

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼

THE OFFICIAL MICHAEL JACKSON 1985 CALENDAR

NATURE OF THIS WORK ▼ See Instructions

Photographs/Calendar

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION   If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**
NAME OF AUTHOR ▼

MJJ Productions, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

entire work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1984 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ July   Day ▶ 30   Year ▶ 1984
◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MJJ Productions, Inc.
c/o Ziffren, Brittenham & Gullen
2049 Century Park East, Los Angeles, CA  90067

See Instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

DO NOT WRITE HERE

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

Page 1 of _____ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ DEPOSIT ACCOUNT FUNDS USED | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Photographs have been previously published in slightly different form.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation, editing.

See instructions before completing this space.

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

Simon & Schuster, Inc.          DA013137

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

see below

Be sure to give your daytime phone number

Area Code & Telephone Number ▶ (212) 245-6400 x 1388

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of Simon & Schuster, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made

by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Victoria Woods                    date ▶ 9/27/84

✎ **Handwritten signature (X)** ▼

**8**

| MAIL CERTIFICATE TO | Name ▼ | Have you: ● Completed all necessary spaces? ● Signed your application in space 8? ● Enclosed check or money order for $10 payable to Register of Copyrights? ● Enclosed your deposit material with the application and fee? |
|---|---|---|
| | Victoria Woods, Simon & Schuster, Inc. | |
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ | |
| | 1230 Avenue of the Americas | MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559. |
| | City/State/Zip ▼ | |
| | New York, New York  10020 | |

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

August 1983—120,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1983; 361-278/504

**LexisNexis® Total Research System**

FOCUS™ Terms [name(mjj productions)]                    Search Within [Original Results (1 - 38)]

Advanced...

Source: Legal > / . . . / > U.S. Copyrights Combined Files [i]

Terms: name(mjj productions) (Edit Search | Suggest Terms for My Search)

✦Select for FOCUS™ or Delivery

⌐

*Bad SR0000084256*

SR0000084256

Bad / [performed by] Michael Jackson

**ADDITIONAL TITLES:** The way you make me feel

**OWNER:** M J J Productions, Inc.

**APPLICATION AUTHOR:** sound recording: M J J Productions, Inc., employer for hire.

**AUTHOR:** Jackson, Michael author; Emerson, Sam author; Gorman, Greg author; Rolston, Matthew author; **MJJ Productions,** Inc. author claimant

**CLASS:** Sound Recordings

**RETRIEVAL CODE:** U Sound recording

**STATUS:** Registered

**REGISTRATION DATE:** November 04, 1987

**CREATED:** 1987

**PUBLICATION DATE:** 1987-08-19

**NEW MATTER:** all photographic matter, some sound recordings, bands 1-7, 9 & 10.

**CONTENTS:** Bad
    The way you make me feel
    Speed demon
    Liberian girl
    Just good friends
    Another part of me
    Man in the mirror
    I just can't stop loving you
    Dirty Diana
    Smooth criminal
    Leave me alone

**REGISTRATION DEPOSIT:** 1 sound disc : digital ; 5 in. + 1 booklet.

IMPRINT: Epic EK 40600 c1987.

NLS/BPH: No rights granted to produce copies in alternative medium

NOTES: General note / or Document Header for Recorded Document: Compact disc.

General note / or Document Header for Recorded Document: Photos.: Sam Emerson, Greg Gorman & Matthew Rolston.

PREVIOUS REGISTRATION: Preexisting material: Band 8

MISCELLANEOUS:

DATE OF CREATION: Single date created: 1987

Source: Legal > / . . . / > U.S. Copyrights Combined Files 
Terms: name(mjj productions) (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Monday, August 17, 2009 - 11:18 AM EDT

LexisNexis® About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2009 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**LexisNexis® Total Research System**

Switch Client | Preferences | Sign Out | [?] Help

Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Transactional Advisor | Co

FOCUS™ Terms name(mjj productions) ......... ..........  Search Within Original Results (1 - 38)
Advanced...

Source: Legal > / .../ > U.S. Copyrights Combined Files [i]
Terms: name(mjj productions)  (Edit Search | Suggest Terms for My Search)

 ←Select for FOCUS™ or Delivery
☐

*Dangerous SR0000178165*

SR0000178165

Dangerous

**OWNER:** on sound recording & pictorial art; MJJ Productions, Inc. (employer for hire)

**AUTHOR:** Jackson, Michael author; Ryden, Mark author; **MJJ Productions, Inc.** author claimant

**CLASS:** Sound Recordings

**RETRIEVAL CODE:** U Sound recording

**STATUS:** Registered

**REGISTRATION DATE:** February 10, 1992

**CREATED:** 1991

**PUBLICATION DATE:** 1991-11-22

**CAST:** Performed by Michael Jackson

**CONTENTS:** Jam
> Why you wanna trip on me
> In the closet
> She drives me wild
> Remember the time
> Can't let her get away
> Heal the world
> Black or white
> Who is it
> Give in to me
> Will you be there
> Keep the faith
> Gone too soon
> Dangerous

**REGISTRATION DEPOSIT:** Compact disc.

**IMPRINT:** Epic EK 45400 c1991.

NLS/BPH: No rights granted to produce copies in alternative medium

NOTES: General note / or Document Header for Recorded Document: Ill. Mark Ryden.

Participant or performer note: Performed by Michael Jackson.

Copyright note includes annotation: C.O. correspondence.

MISCELLANEOUS:

DATE OF CREATION: Single date created: 1991

Source:  Legal > / . . . / > U.S. Copyrights Combined Files 
Terms: name(mjj productions)  (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Monday, August 17, 2009 - 11:31 AM EDT

LexisNexis®  About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2009 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = mjj productions
Search Results: Displaying 14 of 45 entries



Labeled View

### *Invincible / Michael Jackson.*

| | |
|---:|:---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000304780 / 2002-01-15 |
| **Title:** | Invincible / Michael Jackson. |
| **Imprint:** | c2001. |
| **Publisher Number:** | Epic EK 64900 |
| **Description:** | Compact disc. |
| **Notes:** | Photo: Albert Watson. |
| **Copyright Claimant:** | © ☐ MJJ Productions, Inc. (employer for hire) |
| **Date of Creation:** | 2001 |
| **Date of Publication:** | 2001-10-17 |
| **Previous Registration:** | Preexisting material: one sound recording track 6; some sampled sounds, ills. |
| **Basis of Claim:** | New Matter: all other sound recordings; photographic matter. |
| **Contents:** | Unbreakable -- Heartbreaker -- Invincible -- Break of dawn -- Heaven can wait -- You rock my world -- Butterflies -- Speechless -- 2000 watts -- You are my life -- Privacy -- Don't walk away -- Cry -- The lost children -- Whatever happens -- Threatened. |
| **Other Title:** | The lost children |
| **Names:** | Jackson, Michael |
| | Watson, Albert |
| | MJJ Productions, Inc. |



| Save, Print and Email (Help Page) |
|:---:|
| Select Download Format Full Record     [ Format for Print/Save ] |
| Enter your email address:     [ Email ] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

**LexisNexis® *Total Research System***

Search | Research Tasks | Get a Document | *Shepard's®* | Alerts | Total Litigator | Transactional Advisor | Co

FOCUS™ Terms [EXPAND-TITLE(thriller michael jackson)]   Search Within [Original Results (1 - 4)]   Go

Advanced...

Source: Legal > / . . . / > **U.S. Copyrights Combined Files**
Terms: **EXPAND-TITLE(thriller michael jackson)**  (Edit Search | Suggest Terms for My Search)

☞Select for FOCUS™ or Delivery
☐

*Thriller SR0000304788*

SR0000304788

## Thriller / Michael Jackson

**OWNER:** MJJ Productions, Inc. (employer for hire)

**AUTHOR:** Jackson, Michael author; MJJ Productions, Inc. author claimant

**CLASS:** Sound Recordings

**RETRIEVAL CODE:** U Sound recording

**STATUS:** Registered

**REGISTRATION DATE:** January 15, 2002

**CREATED:** 2001

**PUBLICATION DATE:** 2001-10-03

**NEW MATTER:** compilation of sound recordings & photos; some new recordings.

**REGISTRATION DEPOSIT:** Compact disc.

**EDITION:** Special ed.

**IMPRINT:** Epic EK 66073 c2001.

**NLS/BPH:** No rights granted to produce copies in alternative medium

**PREVIOUS REGISTRATION:** Preexisting material: basic sounds & photos

**MISCELLANEOUS:**

DATE OF CREATION: Single date created: 2001

Source: Legal > / . . . / > **U.S. Copyrights Combined Files**
Terms: **EXPAND-TITLE(thriller michael jackson)**  (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Monday, August 17, 2009 - 10:41 AM EDT

*Number ones / Michael Jackson.*

**Type of Work:** Sound Recording
**Registration Number / Date:** SR0000343627 / 2003-12-17
**Title:** Number ones / Michael Jackson.
**Imprint:** c2003.
**Publisher Number:** Epic EK 88998
**Description:** Compact disc.
**Copyright Claimant:** © ℗ MJJ Productions, Inc. (employer for hire)
**Date of Creation:** 2003
**Date of Publication:** 2003-11-12
**Basis of Claim:** New Matter: compilation of preexisting recordings & of preexisting photographic matter, new recording: One more chance.

**Other Title:** One more chance
**Names:** Jackson, Michael
MJJ Productions, Inc.

**LexisNexis® *Total Research System***

Switch Client | Preferences | Sign Out | ? Help

Search | Research Tasks | Get a Document | *Shepard's®* | Alerts | Total Litigator | Transactional Advisor | Co

FOCUS™ Terms CLAIMANT(mjj productions)                Search Within Original Results (1 - 22)        Go

Advanced...

Source: Legal > / . . . / > U.S. Copyrights Combined Files
Terms: CLAIMANT(mjj productions) (Edit Search | Suggest Terms for My Search)

✓ Select for FOCUS™ or Delivery
☐

*Essential Michael Jackson SR0000378665*

SR0000378665

Essential Michael Jackson / by Michael Jackson

**OWNER:** MJJ Productions, Inc., employer for hire

**AUTHOR:** Jackson, Michael author; MJJ Productions, Inc. author claimant

**CLASS:** Sound Recordings

**RETRIEVAL CODE:** U Sound recording

**STATUS:** Registered

**REGISTRATION DATE:** October 05, 2005

**CREATED:** 2005

**PUBLICATION DATE:** 2005-07-06

**NEW MATTER:** compilation of sound recording & of photographic matter.

**NOTES:** Copyright note includes annotation: Cataloged from appl. only.

**PREVIOUS REGISTRATION:** Preexisting material: basic sounds & photos

**MISCELLANEOUS:**

DATE OF CREATION: Single date created: 2005

Source: Legal > / . . . / > U.S. Copyrights Combined Files
Terms: CLAIMANT(mjj productions) (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Monday, August 17, 2009 - 11:11 AM EDT

8/17/2009

# Copyright
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = mjj productions
Search Results: Displaying 29 of 45 entries



Labeled View

*Michael Jackson: the ultimate collection / Michael Jackson.*

| | |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000385428 / 2005-12-27 |
| **Title:** | Michael Jackson: the ultimate collection / Michael Jackson. |
| **Copyright Claimant:** | © □ MJJ Productions, Inc., employer for hire |
| **Date of Creation:** | 2004 |
| **Date of Publication:** | 2004-11-03 |
| **Previous Registration:** | Prexisting material: basic sounds, basic photos, some sampled sounds. |
| **Basis of Claim:** | New Matter: compilation of sound recordings, some new sound recordings (disc 1: track 17, disc 2: tracks 6, 9-11, disc 3: tracks 7-9, disc 4: tracks 6, 7 & 11) & compilation of photographic matter. |
| **Copyright Note:** | Cataloged from appl. only. |
| **Names:** | Jackson, Michael |
| | MJJ Productions, Inc. |



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Philip S. Gutierrez and the assigned discovery Magistrate Judge is Carla Woehrle.

The case number on all documents filed with the Court should read as follows:

## CV09- 9066 PSG (CWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP<br>MERCHANDISING SERVICES, INC.<br><div align=right>PLAINTIFF(S)</div><br>v.<br>SEE ATTACHED | CASE NUMBER<br><br>CV09 09066 *PSG* (CWx) |
| <div align=right>DEFENDANT(S).</div> | **SUMMONS** |

TO:    DEFENDANT(S): <u>SEE ATTACHED</u>

A lawsuit has been filed against you.

Within __2⌀__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, <u>Kenneth A. Feinswog</u>, whose address is <u>6701 Center Drive West, Suite 610, Los Angeles CA 90045, Telephone: 310-846-5800</u>.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____ DEC 1 0 2009 _____

**CHRISTOPHER POWERS**

By: _____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                            **SUMMONS**

**DEFENDANTS:**

JIN O. CHA a/k/a JIN CHA, OK SPORTSWEAR, EZ SPORTSWEAR, CHANG
OH KIM a/k/a CHANG O. KIM a/k/a CHUCK KIM, EDEN SPORTS, INC.,
JUSTIN JU, SY SPORTS, SUSAN LEE a/k/a SUSAN YOON, LEE'S FAMILY,
INC., GREEN T CORP., KYUNG SOOK MA, CESAR IGIESIAS, BLING
BLING, INC., KAUH UN LEE, ARTHUR BERMAN, WACKY PLANET a/k/a
WACKYPLANET.COM,     a/k/a     THEPLANETSHOPS.COM,     DAVID
AHOUBIAN, a/k/a DAVID AHOUBIN a/k/a DAVID AHOUBIM, D&T
DISTRIBUTION,    PARIS    FASHIONS,    CLOTHING    ISLAND    a/k/a
CLOTHINGISLAND.COM, PRINT LIBERATION, JAIME DILLON, NICK
PAPARONE, DR. JAY'S, INC. a/k/a DR. JAYS a/k/a DR. JAYS.COM, MAGGI
FASHION WHOLESALE, INC., MANSOUR ROKHSARZADEH, AZIZI
AFSHIN a/k/a AFSHIN AZIZI, BARGIN WHOLESALER CORPORATION
a/k/a   BARGIN   WHOLESALER.COM   a/k/a   WHOLESALECLOTHING
MARKET.COM   a/k/a   TBWHOLESALER.COM   a/k/a   TOP   BRANDS
WHOLESALER    a/k/a    TOP    BRANDS,    AHMAD    JAMHOUR,    OZ
COMMUNICATIONS, INC. a/k/a CRAZYTEES.NET, OTTO SUAREZ, OLGA
LYONS, SHOP RUMOR, LLC, ANOOSHKA ZAKARIAN, ESTHER LEE,
KEUM SPORTSWEAR CORP., CHAN SONG LEE, AFRICAN AMERICAN
DOLLAR STORE, EDNA CLEMENT SWAN, JACK LEIBERMAN a/k/a JACK
LIEBERMAN, PROGRESSIVERAGS.COM, SKREENED, LLC, DANIEL
CHRISTOPHER    FOX,    SHIEKH,    LLC    d/b/a    SHIEKH    SHOES,
INCREDIBLEGIFTS.COM, DANIEL LASSOFF, SHAKY CITY BLUES,
MARIO    ONTIVEROS,    MAIN    COLLECTION,    INC.    a/k/a    MAIN
SPORTSWEAR, SU YOUNG CHO, MB SPORTSWEAR, CHOUNG H. CHOE,
RIGHT THANG, HYO JANG YOON, BUY MERCHANT, INC. a/k/a
BUYMERCHANT.COM, CRAIG N. BENTHAM, STEAL DEAL, INC.
ABRAHAM DAVOOD, MICHAEL DAVOOD, EBBY DAVOOD, THE WILD
SIDE, INC. a/k/a THEWILDSIDE.COM, KINGSLEY SYME a/k/a KINGLEY
SYMES, SETUP SITE, INC. a/k/a HARRINGTON OUTLETS a/k/a
OBAMATSHIRTS.US, SOUR CANDY, SHOE BALANCE INTERNATIONAL
YAK SHOE INC. a/k/a WHOLESALE SITUATION, JASON AREF, JULIO
AREF, WATCH TIME, INC., AZIZ R. ALI, UNISHOW (USA), INC. a/k/a
UNISHOW, INC., GARY CHEN, RENA CHEN, AMILINE.COM, JIAN ZHU,
GRAVITY TRADING, INC. and TONY IN CHONG