1  KENNETH A. FEINSWOG
2  kfeinswog@aol.com
   Bar No. 129562
3  6701 Center Drive West, Suite 610
4  Los Angeles, California 90045
   Telephone: (310) 846-5800
5  Fax: (310) 846-5801
6
7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9                FOR THE CENTRAL DISTRICT
                      OF CALIFORNIA
10

11 --------------------------------------------------------X    CIVIL ACTION NO.
   BRAVADO INTERNATIONAL GROUP                                  09-9066 PSG (CWx)
12 MERCHANDISING SERVICES, INC.
13
                                                                **REQUEST FOR ENTRY
14                 Plaintiff,                                    OF DEFAULT**
15
                   -against-
16
17 JIN O. CHA a/k/a JIN CHA, OK SPORTSWEAR,
18 EZ SPORTSWEAR, CHANG OH KIM a/k/a
   CHANG O. KIM a/k/a CHUCK KIM, EDEN
19 SPORTS, INC., JUSTIN JU, SY SPORTS,
20 SUSAN LEE a/k/a SUSAN YOON, LEE'S
   FAMILY, INC., GREEN T CORP., KYUNG
21 SOOK MA, CESAR IGIESIAS, BLING BLING, INC.,
22 KAUH UN LEE, ARTHUR BERMAN, WACKY
   PLANET a/k/a WACKYPLANET.COM, a/k/a
23 THEPLANETSHOPS.COM, DAVID AHOUBIAN,
24 a/k/a DAVID AHOUBIN a/k/a DAVID AHOUBIM,
25 D&T DISTRIBUTION, PARIS FASHIONS,
   CLOTHING ISLAND a/k/a CLOTHINGISLAND.COM,
26 PRINT LIBERATION, JAIME DILLON, NICK
27 PAPARONE, DR. JAY'S, INC. a/k/a DR. JAYS
   a/k/a DR. JAYS.COM, MAGGI FASHION
28

1

| | |
|---|---|
| 1 | WHOLESALE, INC., MANSOUR ROKHSARZADEH, |
| 2 | AZIZI AFSHIN a/k/a AFSHIN AZIZI, BARGIN WHOLESALER CORPORATION a/k/a BARGIN |
| 3 | WHOLESALER.COM a/k/a WHOLESALECLOTHING |
| 4 | MARKET.COM a/k/a TBWHOLESALER.COM a/k/a TOP BRANDS WHOLESALER a/k/a TOP BRANDS, |
| 5 | AHMAD JAMHOUR, OZ COMMUNICATIONS, INC. |
| 6 | a/k/a CRAZYTEES.NET, OTTO SUAREZ, OLGA LYONS, SHOP RUMOR, LLC, ANOOSHKA ZAKARIAN, |
| 7 | ESTHER LEE, KEUM SPORTSWEAR CORP., |
| 8 | CHAN SONG LEE, AFRICAN AMERICAN DOLLAR STORE, EDNA CLEMENT SWAN, JACK LEIBERMAN |
| 9 | a/k/a JACK LIEBERMAN, PROGRESSIVERAGS.COM, |
| 10 | SKREENED, LLC, DANIEL CHRISTOPHER FOX, SHIEKH, LLC d/b/a SHIEKH SHOES, INCREDIBLEGIFTS.COM, |
| 11 | DANIEL LASSOFF, SHAKY CITY BLUES, MARIO |
| 12 | ONTIVEROS, MAIN COLLECTION, INC. a/k/a MAIN SPORTSWEAR, SU YOUNG CHO, MB SPORTSWEAR, |
| 13 | CHOUNG H. CHOE, RIGHT THANG, HYO JANG YOON, |
| 14 | BUY MERCHANT, INC. a/k/a BUYMERCHANT.COM, |
| 15 | CRAIG N. BENTHAM, STEAL DEAL, INC. ABRAHAM DAVOOD, MICHAEL DAVOOD, EBBY DAVOOD, |
| 16 | THE WILD SIDE, INC. a/k/a THEWILDSIDE.COM, |
| 17 | KINGSLEY SYME a/k/a KINGLEY SYMES, |
| 18 | SETUP SITE, INC. a/k/a HARRINGTON OUTLETS a/k/a OBAMATSHIRTS.US, SOUR CANDY, SHOE |
| 19 | BALANCE INTERNATIONAL YAK SHOE INC. |
| 20 | a/k/a WHOLESALE SITUATION, JASON AREF, JULIO AREF, WATCH TIME, INC., AZIZ R. ALI, UNISHOW |
| 21 | (USA), INC. a/k/a UNISHOW, INC., GARY CHEN, RENA |
| 22 | CHEN, AMILINE.COM, JIAN ZHU, GRAVITY TRADING, INC., TONY IN CHONG, |
| 23 | |
| 24 | Defendants.<br>--------------------------------------------------------X |
| 25 | |
| 26 | TO THE CLERK OF THE COURT: |
| 27 | |
| 28 | |

1  Plaintiff hereby requests that the Clerk of the Court enter default against
2  Defendants Watch Time, Inc., Aziz R. Ali, MB Sportswear, Choung H. Choe,
3  Kingsley Syme a/k/a Kingley Symes, Setup Site, Inc. a/k/a Harrington Outlets
4  a/k/a Obamatshirts.us., Maggi Fashion Wholesale, Inc., Mansour Rokhsarzadeh,
5  Right Thang, Hyo Jang Yoon, Sy Sports, Susan Lee a/k/a Susan Yoon, Lee's
6  Family, Inc., Eden Sports, Inc., Jack Leiberman a/k/a Jack Lieberman and
7  Progressiverags.com.

On February 3, 2010, MB Sportswear was served by leaving a copy of the summons and complaint with the managing agent of said entity pursuant to Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure and/or California Code of Civil Procedure Section 416.10.  Choung H. Choe was personally served with the summons and complaint on February 3, 2010 pursuant to Rule 4(e)(2)(A) of the Federal Rules of Civil Procedure and/or California Code of Civil Procedure Section 415.10.

On April 9, 2010, Sy Sports, Eden Sports, Inc. and Lee's Family, Inc. were served by leaving copies of the summons and complaint with someone apparently in charge at said parties' place of business with copies of said documents mailed on April 16, 2010 pursuant to California Code of Civil Procedure Section 416.20.  Susan Lee a/k/a Susan Yoon was served with the summons and complaint at her place of business on April 9, 2010 with a copy mailed on April 16, 2010 pursuant to California Code of Civil Procedure Section 415.20(b).

On March 16, 2010, Setup Site, Inc. a/k/a Harrington Outlets a/k/a Obamatshirts.us was served by leaving a copy of the summons and complaint with

the managing agent of said entity pursuant to Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure. Kingsley Syme a/k/a Kingley Symes was personally served with the summons and complaint on March 16, 2010 pursuant to Rule 4(e)(2)(A) of the Federal Rules of Civil Procedure.

On February 1, 2010, Watch Time, Inc. was served by leaving a copy of the summons and complaint with the person apparently in charge pursuant to California Code of Civil Procedure Section 415.20. Aziz R. Ali was served with the summons and complaint on February 3, 2010 with a copy of the summons and complaint mailed on February 9, 2010 pursuant to California Code of Civil Procedure Section 415.20(b).

On February 5, 2010, Maggi Fashion Wholesale, Inc. was served by leaving a copy of the summons and complaint with the person apparently in charge at said party's place of business and by mailing a copy of the summons and complaint on February 8, 2010 pursuant to California Code of Civil Procedure Section 415.20. Mansour Rokhsarzadeh was served with the summons and complaint on February 5, 2010 which was also mailed on February 8, 2010 pursuant to California Code of Civil Procedure Section 415.10.

On March 2, 2010, Progressiverags.com was served by leaving a copy of the summons and complaint with the managing agent of said entity pursuant to Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure. Jack Leiberman a/k/a Jack Lieberman was served with the summons and complaint on March 2, 2010 pursuant to Rule 4(e)(2)(B) of the Federal Rules of Civil Procedure by leaving

said documents with a person of suitable age at said party's usual place of abode or dwelling house.

On February 5, 2010, Right Thang was served by leaving a copy of the summons and complaint with the person apparently in charge at said party's place of business with a copy of the summons and complaint mailed on February 9, 2010 pursuant to California Code of Civil Procedure Section 415.20. Hyo Jang Yoon was served with the summons and complaint on February 5, 2010 with a copy of the summons and complaint mailed on February 9, 2010 pursuant to California Code of Civil Procedure Section 415.20(b).

The time to respond to the summons and complaint has elapsed as to said defendants and neither has served or filed a responsive pleading.

WHEREFORE, it is respectfully requested that the Clerk enter default against defendants Watch Time, Inc., Aziz R. Ali, MB Sportswear, Choung H. Choe, Kingsley Syme a/k/a Kingley Symes, Setup Site, Inc. a/k/a Harrington Outlets a/k/a Obamatshirts.us., Maggi Fashion Wholesale, Inc., Mansour Rokhsarzadeh, Right Thang, Hyo Jang Yoon, Sy Sports, Susan Lee a/k/a Susan

///
///
///
///

1  Yoon, Lee's Family, Inc., Eden Sports, Inc., Jack Leiberman a/k/a Jack Lieberman
2  and Progressiverags.com.

4  Dated: May 25, 2010                              Respectfully submitted,
       Los Angeles, CA

6                                                   By: s/Kenneth A. Feinswog
7                                                      KENNETH A. FEINSWOG
                                                       Attorney for Plaintiffs
8                                                      6701 Center Drive West, Suite 610
                                                       Los Angeles, CA 90045
9                                                      (310) 846-5800