| | |
|---|---|
| 1  KENNETH A. FEINSWOG | |
| 2  Bar No. 129562 | E-FILED 12/13/10 |
| 400 Corporate Pointe, Suite 300 | |
| 3  Culver City, California 90230 | |
| 4  (310) 846-5800 | |
| 5  Attorney for Plaintiff | |

### UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT
### OF CALIFORNIA

--------------------------------------------------------X   **CIVIL ACTION NO.**
BRAVADO INTERNATIONAL GROUP   **09-9066 PSG (CWx)**
MERCHANDISING SERVICES, INC.

     Plaintiff,     **[~~PROPOSED~~]**
              **PERMANENT**
    -against-     **INJUNCTION**

JIN O. CHA a/k/a JIN CHA, OK SPORTSWEAR,
EZ SPORTSWEAR, CHANG OH KIM a/k/a
CHANG O. KIM a/k/a CHUCK KIM, EDEN
SPORTS, INC., JUSTIN JU, SY SPORTS,
SUSAN LEE a/k/a SUSAN YOON, LEE'S
FAMILY, INC., GREEN T CORP., KYUNG
SOOK MA, CESAR IGIESIAS, BLING BLING, INC.,
KAUH UN LEE, ARTHUR BERMAN, WACKY
PLANET a/k/a WACKYPLANET.COM, a/k/a
THEPLANETSHOPS.COM, DAVID AHOUBIAN,
a/k/a DAVID AHOUBIN a/k/a DAVID AHOUBIM,
D&T DISTRIBUTION, PARIS FASHIONS,
CLOTHING ISLAND a/k/a CLOTHINGISLAND.COM,
PRINT LIBERATION, JAIME DILLON, NICK
PAPARONE, DR. JAY'S, INC. a/k/a DR. JAYS
a/k/a DR. JAYS.COM, MAGGI FASHION
WHOLESALE, INC., MANSOUR ROKHSARZADEH,

1

| | |
|---|---|
| 1 | AZIZI AFSHIN a/k/a AFSHIN AZIZI, BARGIN |
| 2 | WHOLESALER CORPORATION a/k/a BARGIN |
| | WHOLESALER.COM a/k/a WHOLESALECLOTHING |
| 3 | MARKET.COM a/k/a TBWHOLESALER.COM a/k/a |
| 4 | TOP BRANDS WHOLESALER a/k/a TOP BRANDS, |
| | AHMAD JAMHOUR, OZ COMMUNICATIONS, INC. |
| 5 | a/k/a CRAZYTEES.NET, OTTO SUAREZ, OLGA LYONS, |
| 6 | SHOP RUMOR, LLC, ANOOSHKA ZAKARIAN, |
| | ESTHER LEE, KEUM SPORTSWEAR CORP., |
| 7 | CHAN SONG LEE, AFRICAN AMERICAN DOLLAR |
| 8 | STORE, EDNA CLEMENT SWAN, JACK LEIBERMAN |
| | a/k/a JACK LIEBERMAN, PROGRESSIVERAGS.COM, |
| 9 | SKREENED, LLC, DANIEL CHRISTOPHER FOX, SHIEKH, |
| 10 | LLC d/b/a SHIEKH SHOES, INCREDIBLEGIFTS.COM, |
| 11 | DANIEL LASSOFF, SHAKY CITY BLUES, MARIO |
| | ONTIVEROS, MAIN COLLECTION, INC. a/k/a MAIN |
| 12 | SPORTSWEAR, SU YOUNG CHO, MB SPORTSWEAR, |
| 13 | CHOUNG H. CHOE, RIGHT THANG, HYO JANG YOON, |
| | BUY MERCHANT, INC. a/k/a BUYMERCHANT.COM, |
| 14 | CRAIG N. BENTHAM, STEAL DEAL, INC. ABRAHAM |
| 15 | DAVOOD, MICHAEL DAVOOD, EBBY DAVOOD, |
| | THE WILD SIDE, INC. a/k/a THEWILDSIDE.COM, |
| 16 | KINGSLEY SYME a/k/a KINGLEY SYMES, |
| 17 | SETUP SITE, INC. a/k/a HARRINGTON OUTLETS |
| 18 | a/k/a OBAMATSHIRTS.US, SOUR CANDY, SHOE |
| | BALANCE INTERNATIONAL YAK SHOE INC. |
| 19 | a/k/a WHOLESALE SITUATION, JASON AREF, JULIO |
| 20 | AREF, WATCH TIME, INC., AZIZ R. ALI, UNISHOW |
| 21 | (USA), INC. a/k/a UNISHOW, INC., GARY CHEN, RENA |
| | CHEN, AMILINE.COM, JIAN ZHU, GRAVITY TRADING, |
| 22 | INC., TONY IN CHONG, |
| 23 | |
| | Defendants. |
| 24 | ---------------------------------------------------------------X |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

The parties having stipulated to the entry of permanent injunction;

IT IS HEREBY ORDERED that a permanent injunction is hereby entered permanently enjoining defendants David Ahoubian, a/k/a David Ahoubin a/k/a David Ahoubim, D&T Distribution, Paris Fashions, Clothing Island a/k/a ClothingIsland.com from selling, manufacturing and/or distributing any merchandise bearing the Michael Jackson name, trademark and/or likeness and/or the King of Pop mark and/or anything confusingly similar thereto.

DATED: 12/10/10

**PHILIP S. GUTIERREZ**
THE HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Presented by:
s/Kenneth A. Feinswog
Kenneth A. Feinswog
Attorney for Plaintiff