1 KENNETH A. FEINSWOG
2 Bar No. 129562
3 400 Corporate Pointe, Suite 300
  Los Angeles, California 90230
4 Telephone: (310) 846-5800

5 Attorney for Plaintiff

MANDATORY CHAMBERS
COPY - E-FILED on
December 15, 2010

E-FILED
FEB 11 2011
Document #_____

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
OF CALIFORNIA

-----------------------------------------------------------X
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC.

              Plaintiff,

          -against-

JIN O. CHA a/k/a JIN CHA, OK SPORTSWEAR,
EZ SPORTSWEAR, CHANG OH KIM a/k/a
CHANG O. KIM a/k/a CHUCK KIM, EDEN
SPORTS, INC., JUSTIN JU, SY SPORTS,
SUSAN LEE a/k/a SUSAN YOON, LEE'S
FAMILY, INC., GREEN T CORP., KYUNG
SOOK MA, CESAR IGIESIAS, BLING BLING, INC.,
KAUH UN LEE, ARTHUR BERMAN, WACKY
PLANET a/k/a WACKYPLANET.COM, a/k/a
THEPLANETSHOPS.COM, DAVID AHOUBIAN,
a/k/a DAVID AHOUBIN a/k/a DAVID AHOUBIM,
D&T DISTRIBUTION, PARIS FASHIONS,
CLOTHING ISLAND a/k/a CLOTHINGISLAND.COM,

CIVIL ACTION NO.
09-9066 PSG (CWx)

[PROPOSED] PARTIAL
JUDGMENT AND
PERMANENT
INJUNCTION

Date: February 7, 2011
Time: 1:30 p.m.
Ctrm: 880

1

1  PRINT LIBERATION, JAIME DILLON, NICK
2  PAPARONE, DR. JAY'S, INC. a/k/a DR. JAYS
   a/k/a DR. JAYS.COM, MAGGI FASHION
3  WHOLESALE, INC., MANSOUR ROKHSARZADEH,
4  AZIZI AFSHIN a/k/a AFSHIN AZIZI, BARGIN
   WHOLESALER CORPORATION a/k/a BARGIN
5  WHOLESALER.COM a/k/a WHOLESALECLOTHING
6  MARKET.COM a/k/a TBWHOLESALER.COM a/k/a
   TOP BRANDS WHOLESALER a/k/a TOP BRANDS,
7  AHMAD JAMHOUR, OZ COMMUNICATIONS, INC.
8  a/k/a CRAZYTEES.NET, OTTO SUAREZ, OLGA LYONS,
9  SHOP RUMOR, LLC, ANOOSHKA ZAKARIAN,
   ESTHER LEE, KEUM SPORTSWEAR CORP.,
10 CHAN SONG LEE, AFRICAN AMERICAN DOLLAR
11 STORE, EDNA CLEMENT SWAN, JACK LEIBERMAN
   a/k/a JACK LIEBERMAN, PROGRESSIVERAGS.COM,
12 SKREENED, LLC, DANIEL CHRISTOPHER FOX, SHIEKH,
13 LLC d/b/a SHIEKH SHOES, INCREDIBLEGIFTS.COM,
   DANIEL LASSOFF, SHAKY CITY BLUES, MARIO
14 ONTIVEROS, MAIN COLLECTION, INC. a/k/a MAIN
15 SPORTSWEAR, SU YOUNG CHO, MB SPORTSWEAR,
16 CHOUNG H. CHOE, RIGHT THANG, HYO JANG YOON,
   BUY MERCHANT, INC. a/k/a BUYMERCHANT.COM,
17 CRAIG N. BENTHAM, STEAL DEAL, INC. ABRAHAM
18 DAVOOD, MICHAEL DAVOOD, EBBY DAVOOD,
   THE WILD SIDE, INC. a/k/a THEWILDSIDE.COM,
19 KINGSLEY SYME a/k/a KINGLEY SYMES,
20 SETUP SITE, INC. a/k/a HARRINGTON OUTLETS
21 a/k/a OBAMATSHIRTS.US, SOUR CANDY, SHOE
   BALANCE INTERNATIONAL YAK SHOE INC.
22 a/k/a WHOLESALE SITUATION, JASON AREF, JULIO
23 AREF, WATCH TIME, INC., AZIZ R. ALI, UNISHOW
   (USA), INC. a/k/a UNISHOW, INC., GARY CHEN, RENA
24 CHEN, AMILINE.COM, JIAN ZHU, GRAVITY TRADING,
25 INC., TONY IN CHONG,

26                    Defendants.
27 ------------------------------------------------------------X
28

Plaintiff having filed a motion for default judgment and the Court having found in favor of plaintiff and that defendants Maggi Fashion Wholesale, Inc. ~~and Mansour Rokhsarzaheh~~ /s/ acted willfully and maliciously in their acts of trademark and copyright infringement and violations of California Civil Code Section 3344.1;

IT IS HEREBY ORDERED that:

1. Judgment is entered against defendants Maggi Fashion Wholesale, Inc. ~~and Mansour Rokhsarzaheh~~ /s/ in the amount of ~~$338,670.00~~ $43,795.- w/ consisting of statutory damages of ~~$300,000.00~~ $40,000.- w/ pursuant to 17 U.S.C. 504 and statutory damages of ~~$28,500.00~~ $750.- pursuant to California Civil Code Section 3344.1 plus attorney's fees of ~~$10,170.00~~ $3,045.- cs pursuant to Local Rule 55-3.

2. Maggi Fashion Wholesale, Inc. ~~and Mansour Rokhsarzaheh are~~ is

permanently enjoined from selling, manufacturing and/or distributing any merchandise bearing the name, trademark and/or likeness of Michael Jackson.

2/11/11

_____
THE HONORABLE PHILIP S. GUTIERREZ