UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No. | CV 09-9066 PSG (CWx) | Date | April 19, 2011 |
|---|---|---|---|
| Title | Bravado International Group Merchandising Services, Inc. v. Cha, *et al.* | | |

Present: The Honorable **Philip S. Gutierrez**, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

Not Present   Not Present

**Proceedings:**     **(In Chambers)** *Nunc Pro Tunc* **Order Modifying February 11, 2011 Orders Granting Plaintiff's Motion for Default Judgment Against Maggi Fashion Wholesale and Granting a Permanent Injunction**

    On February 11, 2011, this Court granted in part and continued in part Plaintiff Bravado International Group Merchandising Services, Inc.'s ("Plaintiff") Motion for Default Judgment against Defendants Maggi Fashion Wholesale, Inc. ("Maggi Fashion") and Mansour Rokhsarzadeh. *See* Dkts. ##203-04. Specifically, the Court granted the Motion with respect to Maggi Fashion in the amount of $43,975.00. The Court continued the Motion with respect to Rokhsarzadeh individually, after he filed a Request for Extension of Time to File a Motion to Set Aside the Default. *See* Dkt. #203 at 2, n.1. Rokhsarzadeh had until March 28, 2011 to file a motion to set aside the entry of default. To date, Rokhsarzadeh has not done so and the Court GRANTS Plaintiff's Motion for Default Judgment. This Order modifies the February 11, 2011 Order, Dkt. #204, to read as follows:

    Plaintiff having filed a motion for default judgment and the Court having found in favor of plaintiff and that defendants Maggi Fashion Wholesale, Inc. and Mansour Rokhsarzadeh acted willfully and maliciously in their acts of trademark and copyright infringement and violations of California Civil Code Section 3344.1;

    IT IS HEREBY ORDERED that:

    1.    Judgment is entered against defendants Maggi Fashion Wholesale, Inc. and Mansour Rokhsarzadeh in the amount

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-9066 PSG (CWx) | Date | April 19, 2011 |
|---|---|---|---|
| Title | Bravado International Group Merchandising Services, Inc. v. Cha, *et al.* | | |

        of $43,795.00 consisting of statutory damages of $40,000.00 pursuant to 17 U.S.C. § 504 and statutory damages of $750.00 pursuant to California Civil Code Section 3344.1 plus attorney's fees of $3,045.00 pursuant to Local Rule 55-3.

2. Maggi Fashion Wholesale, Inc. And Mansour Rokhsarzadeh are permanently enjoined from selling, manufacturing and/or distributing any merchandise bearing the name, trademark and/or likeness of Michael Jackson.

The Scheduling Conference set for April 25, 2011 is VACATED.

    **IT IS SO ORDERED.**